UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL TODD DUNNUCK,

        Petitioner,         Case No. 1:09-cv-1163

v.        Honorable Paul L. Maloney

CAROL HOWES,

        Respondent.
        _____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's "Motion to Hold Habeas Petition in Abeyance" (docket #2) is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner shall file a post-conviction motion for relief from judgment under Michigan Court Rule 6.500 *et seq.*, in the Cass County Circuit Court within thirty (30) days of this Order, raising his unexhausted grounds for habeas corpus relief.

**IT IS FURTHER ORDERED** that Petitioner's action is stayed until Petitioner files a motion to amend his petition to include any subsequently exhausted claims. Such motion must be filed not later than 30 days after a final decision by the Michigan Supreme Court on Petitioner's unexhausted claims and shall include a description of the newly exhausted claims and the dates and substance of decision at each step of state-court review.

**IT IS FURTHER ORDERED** that if Petitioner fails to comply with the deadlines imposed in this order, the Court may dismiss the petition.

**IT IS FURTHER ORDERED** that Petitioner shall advise the Court of any change of address occurring during the pendency of the stay.

**IT IS FURTHER ORDERED** that this case shall be administratively closed until such time a Petitioner files a motion to amend his petition in accordance with the procedures set forth in this Order.


Dated: February 10, 2010          /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  Chief United States District Judge